No. 3095.—PUEBLO, apdo., *v.* PACHECO, aplte.—C. D. Mayagüez. Portar armas. Marzo 24, 1927. En esta apelación el único fundamento es que la acusación no imputa un delito porque no alega que la pistola que portaba el apelante, que es un arma de fuego, estaba cargada; pero habiendo sido resuelta esa cuestión en el caso de *El Pueblo* v. *Alonso,* 35 D.P.R. 475, en sentido contrario a la alegación del apelante, se confirmó la sentencia apelada.

No. 4191.—MANICH, apdo., *v.* QUERO, aplte.—C. D. Mayagüez. Divorcio. Marzo 24, 1927. En 25 de enero último fué apelada la sentencia de este pleito y el 28 de febrero el apelado notificó a la apelante una moción solicitando la desestimación de apelación por haber vencido el término para que la apelante presentara en la corte inferior la transcripción de la evidencia, cuya moción fué radicada en este tribunal el día 2 de marzo, pero como hasta el 17 de febrero no ordenó la corte inferior al taquígrafo que hiciera dicha transcripción por lo que los veinte días que la ley le concede para ese trabajo no estaban vencidos cuando se ha solicitado la desestimación, no ha lugar a desestimar.